Chris D. Anderson
State Bar No. 0398686
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**IN RE:**

| | | |
|---|---|---|
| **JOSHUA LEE PATTERSON** § | **CASE NO. 23-40880-ELM-7** | |
| § | | |
| **Debtor,** § | **CHAPTER 7** | |
| §  | | |
| § | | |
| **WILDCAT LENDING** § | | |
| § | | |
| **Movant,** § | | |
| VS. § | | |
| § | | |
| **JOSHUA LEE PATTERSON** § | | |
| § | | |
| **Debtor** § | | |

## DEBTOR'S UNOPPOSED RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY WILDCAT LENDING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **JOSHUA LEE PATTERSON**, Respondent in the above-styled and numbered cause and in response to the Motion for Relief from Stay of **Wildcat Lending** ("Movant") and in regard to the collateral referenced in said Motion, Debtor respectfully shows:

1. Debtor is unopposed to Wildcat Lending's Motion for Relief from Stay.

WHEREFORE, PREMISES CONSIDERED, Debtor prays for the relief requested and for such other and further relief as the Court may deem just and appropriate.

Dated: June 2, 2023.

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Chris D. Anderson
Chris D. Anderson
State Bar No. 0398686
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2023, a true and correct copy of the foregoing *Unopposed Response to Motion For Relief From Stay* was served on the following parties in interest by first class mail:

**Trustee**
Shawn K. Brown
PO Box 93749
Southlake, TX 76092

**U.S. Trustee**
Commerce St., Rm. 976
Dallas, TX 75242

**DEBTOR**
Joshua Lee Patterson
1910 Crestridge Dr
Arlington, TX 76013

**OPPOSING COUNSEL**
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201

By: /s/ Chris D. Anderson
Chris D. Anderson
State Bar No. 0398686